**Romain C. Knockaert, Plaintiff-Appellant, v. Studebaker Corporation, Defendant-Appellee.**

**Gen. No. 51,551.**

First District, First Division.

May 15, 1967.

Solomon, Bush, Rosenfeld & Elliott, of Chicago (Jack Solomon, Jr. and Sidney L. Rosenfeld, of counsel), for appellant; Kirkland, Ellis, Hodson, Chaffetz & Masters, of Chicago (Don H. Reuben and Frank Cicero, Jr., of counsel), for appellee. Opinion by JUSTICE BURMAN. **Not to be published in full.**